ACCEPTED
01-15-00296-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 4:28:10 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00296-CV

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 4:28:10 PM
CHRISTOPHER A. PRINE
Clerk

JESUS GARCIA
*Appellant*

v.

DONNA GARCIA
*Appellee*

APPEAL FROM THE 257TH JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS

**APPELLANT'S MOTION TO EXTEND TIME
TO FILE BRIEF**

Antonio Benavides
Texas Bar No. 24031733
855 Uvalde Rd., Suite C
Houston, Texas 77015
(713) 455-5551
(713) 455-5558 (facsimile)

Attorney for Appellant

1

## APPELLANT'S MOTION TO EXTEND TIME
## TO FILE BRRIEF

Appellant, Costella Nicole Willis, asks the Court to extend the time to file her brief in accordance with Tex. R. App. P. 10.5(b).

1.   Appellant's brief is currently due on August 10, 2015.

2.   There is no specific deadline to file this motion to extend in accordance with Tex. R. App. P. 38.6(d). The Court has the authority to extend the time to file the brief.

3.   Appellant requests that her time to file the brief be set for October 10, 2015, as Appellant's counsel, a sole practitioner, has just completed a jury trial and has already begun preparing for three more jury trials for the month of August, and simply needs more time to adequately prepare a brief in this case.

4.   No previous extension has been sought or granted to extend time to file Appellant's brief.

5.   Appellee, who is Pro Se, has not filed any documents in this case.

6.   The parties have not agreed to this motion.

For these reasons, Appellant asks the Court to grant an extension of time to file her brief until at least October 10, 2015.

> The Law Offices of Antonio Benavides, P.C.
> 855 Uvalde Rd., Suite C

2

Houston, Texas 77015
Tel: (713) 455-5551
Fax: (713) 455-5558

By: /s/ *Antonio Benavides*
Antonio Benavides
State Bar No. 24031733
855 Uvalde R., Suite C
Houston, Texas 77015
(713) 455-5551
(713) 455-5558 (facsimile)
Attorney for Appellant

## Certificate of Conference

Pursuant to Tex. Rules of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant, Antonio Benavides, has made a reasonable attempt to confer with all other parties about the merits of the motion and whether those parties oppose the motion.

/s/ *Antonio Benavides*
Antonio Benavides

## Certificate of Service

Pursuant to Tex. Rules of Appellate Procedure 9.5(e), 25.1(e), and Local Rule 4, the foregoing has been served on August 7, 2015 on Donna Garcia, Pro Se Appellee by Certified Mail, Return Receipt Requested.

Donna Garcia
4026 Trout St.,
Houston, Texas 77093

/s/ *Antonio Benavides*
Antonio Benavides